| | |
|---|---|
| 1 | McGREGOR W. SCOTT |
|   | United States Attorney |
| 2 | JAMES R. CONOLLY |
|   | Assistant United States Attorney |
| 3 | 501 I Street, Suite 10-100 |
|   | Sacramento, CA 95814 |
| 4 | Telephone: (916) 554-2700 |
|   | Facsimile: (916) 554-2900 |

**FILED**

JUL 0 8 2019

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
       DEPUTY CLERK

Attorneys for Plaintiff
United States of America

**SEALED**

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO. 2:19-MJ-0105 KJN |
|---|---|
| Plaintiff, | |
| v. | [~~PROPOSED~~] ORDER RE: REQUEST TO SEAL DOCUMENTS |
| CHRISTOPHER LOUIS WADSTEIN, | **UNDER SEAL** |
| Defendants. | |

### SEALING ORDER

Upon application of the United States of America and good cause having been shown,

IT IS HEREBY ORDERED that the arrest warrant and criminal complaint in the above-entitled proceeding shall be filed under seal and shall not be disclosed to any person, unless otherwise ordered by this Court.

Dated: July 8, 2019

Hon. Kendall J. Newman
U.S. MAGISTRATE JUDGE

SEALING ORDER