HEATHER E. WILLIAMS, #122664
Federal Defender
MIA CRAGER, #300172
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, CA 95814
Tel: 916-498-5700/Fax 916-498-5710
Mia_Crager@fd.org

Attorney for Defendant
CHRISTOPHER LOUIS WADSTEIN

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:19-cr-00118-TLN |
| Plaintiff, | STIPULATION AND ORDER TO CONTINUE STATUS CONFERENCE |
| vs. | Date: May 14, 2020 |
| CHRISTOPHER LOUIS WADSTEIN, | Time: 9:30 a.m. |
| Defendant. | Judge: Troy L. Nunley |

IT IS HEREBY STIPULATED by and between McGregor W. Scott, United States Attorney, through Assistant United States Attorney James Conolly, attorney for Plaintiff and Federal Defender Heather E. Williams through Assistant Federal Defender Mia Crager, attorney for Christopher Louis Wadstein, that the status conference, currently scheduled for May 14, 2020, be continued to July 16, 2020 at 9:30 a.m.

Defense counsel made additional discovery requests and the prosecutor intends to provide further discovery shortly. The defense needs more time to review discovery and conduct an investigation. Counsel for defendant believes that failure to grant he above-requested continuance would deny counsel the reasonable time necessary for effective prepration, taking into account the exercise of due diligence.

Based upon the foregoing, the parties agree time under the Speedy Trial Act should be excluded of this order's date through and including July 16, 2020; pursuant to 18 U.S.C. §3161 (h)(7)(A)and (B)(iv)[reasonable time to prepare] and General Order 479, Local Code T4

Stipulation to Continue Status Conference         -1-

based upon continuity of counsel and defense preparation.

Counsel and the defendant also agree that the ends of justice served by the Court granting this continuance outweigh the best interests of the public and the defendant in a speedy trial.

Respectfully submitted,

Dated: May 11, 2020                           HEATHER E. WILLIAMS
                                              Federal Defender

                                              /s/ *Mia Crager*
                                              MIA CRAGER
                                              Assistant Federal Defender
                                              Attorney for Defendant
                                              CHRISTOPHER LOUIS WADSTEIN

Dated: May 11, 2020
                                              McGREGOR W. SCOTT
                                              United States Attorney

                                              /s/ *James Conolly*
                                              JAMES CONOLLY
                                              Assistant U.S. Attorney
                                              Attorney for Plaintiff

**ORDER**

IT IS HEREBY ORDERED, the Court, having received, read, and considered the parties' stipulation, and good cause appearing therefore, adopts the parties' stipulation in its entirety as its order. The Court specifically finds the failure to grant a continuance in this case would deny counsel reasonable time necessary for effective preparation, taking into account the exercise of due diligence. The Court finds the ends of justice are served by granting the requested continuance and outweigh the best interests of the public and defendant in a speedy trial.

The Court orders the time from the date the parties stipulated, up to and including July 16, 2020, shall be excluded from computation of time within which the trial of this case must be commenced under the Speedy Trial Act, pursuant to 18 U.S.C. § 3161(h)(7)(A) and(B)(iv) [reasonable time for counsel to prepare] and General Order 479, (Local Code T4). It is further ordered the May 14, 2020 status conference shall be continued until July 16, 2020, at 9:30 a.m.

DATED: May 12, 2020

Troy L. Nunley
United States District Judge

Stipulation to Continue Status Conference           -3-