HEATHER E. WILLIAMS, #122664
Federal Defender
DOUGLAS BEEVERS, #288639
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, CA  95814
Tel: (916) 498-5700
Fax: (916) 498-5710
Douglas_Beevers@fd.org

Attorney for Defendant
CHRISTOPHER LOUIS WADSTEIN

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | Case No. 2:19-cr-0118-TLN-1 |
|---|---|---|
| Plaintiff, | ) | |
| | ) | STIPULATION AND ORDER TO CONTINUE STATUS CONFERENCE |
| vs. | ) | |
| | ) | |
| CHRISTOPHER LOUIS WADSTEIN | ) | Date: July 29, 2021 |
| | ) | Time:  9:30 a.m. |
| | ) | Judge: Troy L. Nunley |
| Defendant. | ) | |

IT IS HEREBY STIPULATED by and between Phillip A, Talbert, Acting United States Attorney, through Assistant United States Attorney James Conolly, attorney for Plaintiff and Federal Defender Heather E. Williams through Assistant Federal Defender Douglas Beevers, attorney for Christopher Louis Wadstein, that the status conference, currently scheduled for July 29, 2021, be continued to September 9, 2021 at 9:30 a.m.

The defense needs more time to review discovery and conduct an investigation, and to examine the crime scene and the evidence which is located in South Tahoe, CA. Counsel for defendant believes that failure to grant he above-requested continuance would deny counsel the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.  Counsel has been unable to visit South Tahoe due to restrictions on Federal Defender Office travel during the COVID pandemic.

Based upon the foregoing, the parties agree time under the Speedy Trial Act should be excluded of this order's date through and including September 9, 2021;  pursuant to 18 U.S.C. §3161 (h)(7)(A)and (B)(iv)[reasonable time to prepare] and General Order 479, Local Code T4

-1-

based upon continuity of counsel and defense preparation.

     Counsel and the defendant also agree that the ends of justice served by the Court granting this continuance outweigh the best interests of the public and the defendant in a speedy trial.

                                            Respectfully submitted,

Dated:  July 27, 2021

                                            HEATHER E. WILLIAMS
                                            Federal Defender

                                            */s/ Douglas Beevers*
                                            DOUGLAS BEEVERS
                                            Assistant Federal Defender
                                            Attorney for Defendant
                                            CHRISTOPHER LOUIS WADSTEIN

Dated:  July 27, 2021

                                            PHILLIP A. TALBERT
                                            Acting United States Attorney

                                            */s/ James Conolly*
                                            JAMES CONOLLY
                                            Assistant U.S. Attorney
                                            Attorney for Plaintiff

## **ORDER**

IT IS HEREBY ORDERED, the Court, having received, read, and considered the parties' stipulation, and good cause appearing therefore, adopts the parties' stipulation in its entirety as its order. The Court specifically finds the failure to grant a continuance in this case would deny counsel reasonable time necessary for effective preparation, taking into account the exercise of due diligence. The Court finds the ends of justice are served by granting the requested continuance and outweigh the best interests of the public and defendant in a speedy trial.

The Court orders the time from the date the parties stipulated, up to and including September 9, 2021, shall be excluded from computation of time within which the trial of this case must be commenced under the Speedy Trial Act, pursuant to 18 U.S.C. § 3161(h)(7)(A) and(B)(iv) [reasonable time for counsel to prepare] and General Order 479, (Local Code T4). It is further ordered the July 29, 2021 status conference shall be continued until September 9, 2021, at 9:30 a.m.

Dated:  July 27, 2021

Troy L. Nunley
United States District Judge

-3-