HEATHER E. WILLIAMS, #122664
Federal Defender
DOUGLAS BEEVERS, #288639
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, CA 95814
Tel: (916) 498-5700
Fax: (916) 498-5710
Douglas_Beevers@fd.org

Attorney for Defendant
CHRISTOPHER LOUIS WADSTEIN

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:19-cr-0118-TLN-1 |
| Plaintiff, | STIPULATION AND ORDER TO CONTINUE STATUS CONFERENCE AND EXCLUDE TIME |
| vs. | |
| CHRISTOPHER LOUIS WADSTEIN, | Date: March 9, 2023 |
| Defendant. | Time: 9:30 a.m. |
| | Judge: Troy L. Nunley |

IT IS HEREBY STIPULATED by and between Phillip A, Talbert, United States Attorney, through Assistant United States Attorney James Conolly, attorney for Plaintiff and Federal Defender Heather E. Williams through Assistant Federal Defender Douglas Beevers, attorney for Christopher Louis Wadstein, that the sentencing hearing, currently scheduled for March 9, 2023, be continued to May 18, 2023, at 9:30 a.m.

The defense requests additional time to investigate and prepare several contested issues for sentencing.

It is therefore requested that the matter be continued to May 15, 2023, for sentencing, and that the PSR schedule be modified, as follows:

| | |
|---|---|
| Proposed Presentence Report Due: | March 30, 2023 |
| Informal Objections to Presentence Report Due: | April 13, 2023 |
| Presentence Report Due: | April 20, 2023 |
| Formal Objections to Presentence Report Due: | May 4, 2023 |

| | |
|---|---|
| Reply or Statement of Non-Opposition Due: | May 11, 2023 |
| Judgment and Sentencing: | May 18, 2023 |

Respectfully submitted,

Dated:  March 3, 2023

HEATHER E. WILLIAMS
Federal Defender

*/s/ Douglas Beevers*
DOUGLAS BEEVERS
Assistant Federal Defender
Attorney for Defendant
CHRISTOPHER LOUIS WADSTEIN

Dated:  March 3, 2023

PHILLIP A. TALBERT
United States Attorney

*/s/ James Conolly*
JAMES CONOLLY
Assistant U.S. Attorney
Attorney for Plaintiff

-3-

## ORDER

**IT IS HEREBY ORDERED** that the sentencing hearing as to this defendant previously set for March 9, 2023, is CONTINUED to **May 18, 2023, at 9:30 a.m.** The modified presentence schedule is further adopted as this Court's order.

Dated:  March 6, 2023

Troy L. Nunley
United States District Judge